IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANN DETWILER, ) | No. CV 07-192-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner of ) Social Security, ) | |
| Defendant. ) | |

On November 12, 2008, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 19). The Recommendation advised the Court to grant in part and deny in part the Plaintiff's Motion for Attorney's Fees (Docket No. 16), and award Plaintiff's counsel $6,860.21 in fees.

The Court considers the Recommendation (Docket No. 19) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle.

DATED this 3rd day of December, 2008.

Raner C. Collins
United States District Judge